Daniel H. Brunner
Chapter 13 Trustee
PO Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re: Sanchez, Dionicio

Debtor(s)

Case No.: 23-01001-FPC13

OBJECTION TO CONFIRMATION

The Trustee objects to the Chapter 13 plan for the following reason(s):

The Plan is not feasible. 11 USC § 1325(a)(6). The Debtor has failed to demonstrate an ability to make all plan payments that will come due under the Plan. Specifically, the Debtor has not commenced making plan payments and is currently delinquent $4100.00 (1 month) through September 2023, with a payment of $4100.00 due soon for October.

The Plan is not feasible. 11 USC § 1325(a)(9). The Debtor has not filed all Federal tax returns required by Section 1308. Specifically, based upon the Proof of Claim filed by the Internal Revenue Service on September 19, 2023 (Claim No 4), the Debtor has not filed several FUTA and FICA returns from 2020 to present.

The Plan is not feasible. 11 USC § 1325. There is no treatment in the Plan for, nor has an objection been filed to the secured, cross collateralized claim of HAPO Community Credit Union filed on September 14, 2023 (Claim No 9) in the amount of $10,101.46.

September 29, 2023                        Daniel H. Brunner, Chapter 13 Trustee
                                          By: /S/ Daniel H. Brunner