UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
WENATCHEE DIVISION

In re:
    Dionicio Sanchez

            Debtor(s)

Case No. 23-01001-FPC13

Chapter 13

## FRBP 2012 REPORT ACCOUNTING OF PRIOR ADMINISTRATION OF CASE AND NOTICE OF OBJECTION PERIOD

Daniel H. Bruner, former Chapter 13 Trustee for the period from the petition date through September 30, 2023 and Jason Wilson-Aguilar, successor Chapter 13 Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| Secured Creditors | $0.00 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $0.00 |
| **Total Disbursements & Expense of Administration:** | **$0.00** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$0.00** |

Dated: 10/05/2023

/s/ Daniel H. Bruner
Chapter 13 Former Trustee
P.O. Box 1513
Spokane, WA 99210

/s/ Jason Wilson-Aguilar
Chapter 13 Successor Trustee
P.O. Box 1513
Spokane, WA 99210